## South *v.* The State.

Bell, J. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial, based on the general grounds only.
*Judgment affirmed. All the Justices concur.*

No. 10104. March 13, 1934. Rehearing denied May 21, 1934.

770

*Frank C. Hendryx,* for plaintiff in error.

*M. J. Yeomans, attorney-general, John A. Boykin, solicitor-general, J. W. LeCraw, B. D. Murphy,* and *J. T. Goree,* contra.